| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Kozinski, Alex | 2. Court or Organization  Ninth Circuit Court of Appeals | 3. Date of Report  05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  125 S. Grand Avenue Suite 200 Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. All Limited Partnerships | Reported in Section VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 MAY 21 P 12: 29  FINANCIAL DISCLOSURE OFFICE  RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Kozinski_Alex

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. April 8-10 | the Federalist Society, St. Thomas LS, William Mitchell LS, Minnesota (Lecture Fee) | $1,500.00 |
| 2. Sept.17-19 | Federal Bar Assn., Tampa, FLA (Lecture Fee) | $2,000.00 |
| 3. Sept.17-19 | Federal Bar Assn., Tampa, FLA (Donation to UCLA School of Law) | $1,000.00 |
| 4. Sept.17-19 | Federal Bar Assn., Tampa, FLA (Donation to Competitive Enterprise Inst.) | $1,000.00 |
| 5. Oct. 2-3 | Washington State Bar Assn., Spokane WA (Lecture Fee) | $2,000.00 |
| 6. Oct.19-21 | Temple Univ. School of Law, Philadelphia, PA (Lecture Fee) | $2,000.00 |
| 7. Nov.13-15 | Washington & Lee Univ., Lexington VA (Lecture Fee) | $5,000.00 |
| 8. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-12/31 | Self-employed as attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Santa Barbara County Bar Assn. | Jan 11-13 | Santa Barbara, CA | Speaking Engagement | Mileage & Lodging |
| 2. American Constitution Society | Jan. 30-Feb.1 | Philadelphia, PA | Speaking Engagement | Travel & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/15/2009 |

| | | | | |
|---|---|---|---|---|
| 3. Santa Clara University | Feb. 1-2 | Mountain View, CA | Speaking Engagement | Travel & Lodging |
| 4. The Federalist Society | Feb. 23 | Simi Valley, CA | Speaking Engagement | Mileage |
| 5. Stanford University | March 14 | Stanford, CA | Speaking Engagement | Travel & Lodging |
| 6. Nat'l Conf. of Special Ed ALJs, Hearing Officers & Mediators (UCSD) | March 14-16 | San Diego, CA | Speaking Engagement | Mileage & Lodging |
| 7. Federal Bar Association | March 14-16 | San Diego, CA | Speaking Engagement | Mileage & Lodging |
| 8. Intellectual Property Law Society and The Federalist Society (Univ. of Chicago LS) | April 7-8 | Chicago, ILL | Speaking Engagement | Travel & Lodging |
| 9. The Federalist Society (St. Thomas LS) | April 8-10 | Minnesota | Speaking Engagement | Travel & Lodging |
| 10AFL-CIO | May 18-20 | Seattle, WA | Speaking Engagement | Travel & Lodging |
| 11Federal Bar Assn. | Sept. 17-19 | Tampa, FLA | Speaking Engagement | Travel & Lodging |
| 12Washington State Bar Assn. | Oct. 2-3 | Spokane, WA | Speaking Engagement | Travel & Lodging |
| 13Calif. First Amendement Coalition, Free Sppech & Open Government Assembly | Oct.. 17-19 | Berkeley, CA | Speaking Engagement | Travel & Lodging |
| 14Temple Univ. LS | Oct. 19-21 | Philadelphia, PA | Speaking Engagement | Travel & Lodging |
| 15Washington & Lee Univ. | Nov. 13-15 | Lexington, VA | Speaking Engagement | Travel & Lodging |
| 16Federalist Society Lawyers Convention | Nov. 14-17 | Washington, D.C. | Speaking Engagement | Travel & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▇▇▇CON EDISON | A | Dividend | K | T | | | | | |
| 2. ▇▇▇PUGET ENERGY | A | Dividend | J | T | | | | | |
| 3. RMA TAX FREE FUND, INC. | A | Interest | L | T | | | | | |
| 4. ▇▇▇ REF CORP - BONDS | A | Interest | | | Redeemed | 1/15 | J | D | |
| 5. ▇▇▇ REF CORP - BONDS | A | Interest | J | T | | | | | |
| 6. AMERICAN FUNDS CAPITAL INCOME BUILDER FUND | A | Dividend | L | T | | | | | |
| 7. ▇▇▇ SANMINA-SCI | A | Dividend | J | T | | | | | |
| 8. ▇▇▇ STANCORP | A | Interest | J | T | | | | | |
| 9. DREYFUS MUNI MONEY MARKET FUND | D | Interest | N | T | | | | | |
| 10. WILLIAM BLAIR GROWTH FUND(BGFIX) | A | Dividend | J | T | | | | | |
| 11. ▇▇▇ COCA COLA (KO) | A | Dividend | J | T | | | | | |
| 12. FIDELITY DEVONSHIRE FUND (FIUIX) | A | Dividend | J | T | | | | | |
| 13. FIDELITY EQUITY INCOME FUND (FEQIX) | A | Dividend | J | T | | | | | |
| 14. FIDELITY EQUITY INCOME II FUND (FEQTX) | A | Dividend | J | T | | | | | |
| 15. FIDELITY LOW PRICED STOCK FUND(FLPSX) | A | Dividend | K | T | | | | | |
| 16. SCUDDER GROWTH & INCOME FUND(SCDGX) | A | Dividend | J | T | | | | | |
| 17. SHS JANUS WORLDWIDE FUND(JAWWX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LONGLEAF PARTNERS FUND(LLSCX) | B | Dividend | K | T | | | | | |
| 19. MANAGERS INT'L EQUITY FUND(MGI TX) | A | Dividend | J | T | | | | | |
| 20. WELLS FAGO FNDS MONTGOMERY EMERGING (MFFAX) | A | Dividend | J | T | | | | | |
| 21. WHITE OAK GROWTH FUND(WOGSX) | A | Dividend | J | T | | | | | |
| 22. ROYCE PENN MUTUAL FUND(PENNX) | A | Dividend | K | T | | | | | |
| 23. STONG HIGH YIELD FUND(STHYX) | A | Dividend | J | T | | | | | |
| 24. TORRAY FUND(TORYX) | A | Dividend | J | T | | | | | |
| 25. IRAs | | | | | | | | | |
| 26. FIDELITY SPARTAN (FSTMX) | A | Dividend | L | T | | | | | |
| 27. SCHWAB MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 28. SCHWAB S&P 500 INDEX FUND(SWPI X) | A | Dividend | J | T | | | | | |
| 29. ███ SEP. TRDG. REG. | A | Interest | K | T | | | | | |
| 30. VANGUARD LIFE STRATEGY GROWTH FUND (VASGX) | A | Dividend | K | T | Buy | 11/1 | K | | |
| 31. SCHWAB MONEY MARKET FUND(SW MXX) | A | Interest | J | T | | | | | |
| 32. VANGUARD TOTAL STOCK MKT INDEX FD (VTSMX) | A | Dividend | K | T | | | | | |
| 33. SCHWAB TOTAL STK MKT-INV (SWTI X) | A | Dividend | J | T | | | | | |
| 34. SPARTAN US EQUITY INDEX(FUSEX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DREYFUS SHORT INTERGOVERNMENT(DSIGX) | A | Dividend | J | T | | | | | |
| 36. Fidelity Cash Reserves(FDRXX) | A | Interest | J | T | | | | | |
| 37. DIRECTV GRP FUND | A | Dividend | K | T | | | | | |
| 38. DIRECTV EQUITY FUND | A | Dividend | K | T | | | | | |
| 39. NEWS CORP STOCK FUND | A | Dividend | J | T | | | | | |
| 40. DIRECTV BALANCED FUND | A | Dividend | J | T | | | | | |
| 41. DIRECTV FIXED INCOME | A | Dividend | J | T | | | | | |
| 42. LIMITED PARTNERSHIPS: | | | | | | | | | |
| 43. (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 44. (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544